IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF:

MICHAEL ANDREW CHUPARKOFF     CASE NO.: 2:16-MC-051
OHIO ATTY. REG. NO. 0071982          CHIEF JUDGE EDMUND A. SARGUS, JR.
    RESPONDENT

### ORDER

**IT IS ORDERED** by this court sua sponte, that respondent is found in contempt for failure to file an affidavit showing compliance with the Court's October 19, 2016 *Order of Suspension,* (ECF No. 3).

**IT IS FURTHER ORDERED** that the Clerk shall cause a copy of this order to be published to this court's official website.

IT IS SO ORDERED.

2-4-2017
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO